Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 3

| | |
|---|---|
| KEMPER AIP METALS, LLC; WAELZHOLZ BRASMETAL LAMINAÇÃO LTDA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **S U M M O N S**<br>Court No. 26-00764 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Gina Justice
Clerk of the Court

1. Plaintiffs are Kemper Metals AIP Metals, LLC, and Waelzholz Brasmetal Laminação LTDA. Kemper is a U.S. importer, and Waelzholz Brasmetal is a producer and exporter of brass-coated steel products from Brazil that were deemed to be corrosion-resistant steel and thus are an interested party as defined by 19 U.S.C. § 1677(9)(A). Kemper and Waelzholz Brasmetal were also participants in the underlying agency investigation that is now on appeal. Plaintiffs therefore have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2. Plaintiffs contest certain findings and conclusions of law made by the U.S. International Trade Commission in its final determination of material injury in *Corrosion-Resistant Steel Products from Australia, Brazil, Canada, Mexico, Netherlands, South Africa, Taiwan, Turkey, United Arab Emirates, and Vietnam; Determinations*, 90 Fed. Reg. 55,320 (Int'l Trade Comm'n Dec. 2, 2025), and the views of the Commission contained in USITC Publication 5678 (November 2025), entitled *Corrosion- Resistant Steel Products from Australia, Brazil, Canada, Mexico, Netherlands, South Africa, Taiwan, Turkey, United Arab Emirates, and Vietnam: Investigation Nos. 701–TA–733–736 and 731–TA–1702–1711 (Final)*, as part of the antidumping and countervailing duty orders published on December

19, 2025. *See Amended Final Antidumping Duty Determination: Corrosion- Resistant Steel Products from Australia, Brazil, Canada, Mexico, the Netherlands, South Africa, Taiwan, the Republic of Turkey, the United Arab Emirates, and the Socialist Republic of Vietnam: Antidumping Duty Orders*, 90 Fed. Reg. 59,494 (Dep't of Commerce Dec. 19, 2025); *Certain Corrosion-Resistant Steel Products from Brazil, Canada, Mexico, and the Socialist Republic of Vietnam: Countervailing Duty Orders*, 90 Fed. Reg. 59,488 (Dep't of Commerce Dec. 19, 2025) (*"Orders"*).

_____

(Brief description of contested determination)

3.  The date of contested final injury determination is November 28, 2025, and the date of contested *Orders* is December 15, 2025.

    _____

    (Date of determination)

4.  The final injury determination was published on December 2, 2025, and the *Orders* were published on December 19, 2025.

    _____

    (If applicable, date of publication in Federal Register of notice of contested determination)

| | |
|---|---|
| */s/ John Anwesen* | John Anwesen |
| _____ | |
| Signature of Plaintiffs' Attorney | LIGHTHILL PC |
| *1/20/2026* | 300 New Jersey Ave. NW, Ste 300 |
| _____ | Washington, DC 20001 |
| Date | (771)-212-7982 |
| | J.Anwesen@lighthill.law |

**SEE REVERSE SIDE**

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. ' 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

> Attorney in Charge
> International Trade Field Office
> Department of Justice, Civil Division
> Room 346, Third Floor
> 26 Federal Plaza
> New York, NY 10278
>
> Supervising Attorney
> Civil Division – Commercial Litigation Branch
> U.S. Department of Justice
> P.O. Box 480
> Ben Franklin Station
> Washington, DC 20044
>
> Secretary
> U.S. International Trade Commission
> 500 E Street SW
> Washington, DC 20436