## PUBLIC CERTIFICATE OF SERVICE

I, John Anwesen, hereby certify that, on this 19th day of February 2026 or promptly thereafter, a copy of the foregoing submission was served on the following parties via certified mail, except where certified mail is unavailable for international service, in which case regular mail was used.

Thomas M. Beline
**Cassidy Levy Kent (USA) LLP**
2112 Pennsylvania Ave, NW Suite 300
Washington, DC 20037, United States
tbeline@cassidylevy.com;
records@cassidylevy.com

Roger B. Schagrin
**Schagrin Associates**
900 Seventh Street, NW Suite 500
Washington, DC 20001, United States
rschagrin@schagrinassociates.com;
service@schagrinassociates.com

Christopher B. Weld
**Wiley Rein LLP**
2050 M Street, NW
Washington, DC 20036, United States
CWeld@wiley.law

Juliana Nam
**Embassy of Australia**
1601 Massachusetts Avenue, NW
Washington, DC 20036, United States
Juliana.nam@dfat.gov.au

H. Deen Kaplan, Esq.
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004

James Greathouse
**Representative of Government of Canada**
501 Pennsylvania Ave. NW
Washington, D.C. 20001

Lizabeth R. Levinson
**Fox Rothschild**
2020 K Street, NW
Suite 500

Lian Yang
**Alston & Bird, LLP**
950 F Street, NW
Washington, DC 20004, United States
Lian.Yang@alston.com;
AB.Trade@alston.com

John M. Gurley
**ArentFox Schiff LLP**
1717 K Street NW
Washington D.C., DC 20006, United States
John.gurley@afslaw.com; afiservice@afslaw.com

James M. Smith
**Covington & Burling LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001, United States
jmsmith@cov.com

Craig A. Lewis
**Hogan Lovells US LLP**
555 Thirteenth Street, NW Columbia Square
Washington, DC 20004, United States
craig.lewis@hoganlovells.com

Kristin H. Mowry, Esq.
**Mowry & Grimson PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015

Aluisio Gomien de Lima Campos
**Embassy of Brazil**
3006 Massachusetts Avenue, NW
Washington, District of Columbia 20008, United States
Aluisio.Campos@itamaraty.gov.br

Kathleen W. Cannon
**Kelley Drye & Warren LLP**
3050 K Street, NW
Suite 400

Washington, District of Columbia 20006, United States
LLevinson@foxrothschild.com

Washington, District of Columbia 20007, United States
kcannon@kelleydrye.com;
tradenotifications@kelleydrye.com

Stephen P. Vaughn
**King & Spalding, LLP**
1700 Pennsylvania Avenue, NW
Washington, District of Columbia 20006, United States
202.737.0500 -- voice
svaughn@kslaw.com; tservice@kslaw.com

Mary S. Hodgins
**Morris, Manning & Martin, LLP**
1333 New Hampshire Avenue, NW
Suite 800
Washington, District of Columbia 20036, United States
tradeservice@mmmlaw.com

Daniel L. Porter
**Pillsbury Winthrop Shaw Pittman LLP**
1200 Seventeenth Street, NW
Washington, DC, District of Columbia 20036, United States
2026638140 -- voice
daniel.porter@pillsburylaw.com

Antonino Bertoni
**Ministry of Economy of Mexico**
Pachuca 189, Col. Condesa
C.P. 06140, Cuauhtemoc
Mexico City, Not Applicable 06140, Mexico
antonino.bertoni@economia.gob.mx

Onder Duman
**Republic of Turkiye Ministry of Trade**
Sogutozu Mah. 2176. Sk. No. 63 06530
Cankaya, Ankara, Not Applicable Turkey
gurescib@ticaret.gov.tr

David E. Bond
**White & Case LLP**
701 Thirteenth Street, NW
Washington, District of Columbia 20005, United States
dbond@whitecase.com; apotrade@whitecase.com

Thomas J. Trendl
**Steptoe LLP**
1330 Connecticut Avenue, N.W.
Washington, District of Columbia 20036, United States
ttrendl@steptoe.com; trade@steptoe.com

Jonathan Freed
**Trade Pacific PLLC**
700 Pennsylvania Avenue
Suite 500
Washington, District of Columbia 20003, United States
jfreed@tradepacificlaw.com

Supervising Attorney
**Civil Division – Commercial Litigation Branch**
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Attorney in Charge
**International Trade Field Office**
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Secretary
**U.S. International Trade Commission**
500 E Street SW
Washington, DC 20436

/s/ John Anwesen
John Anwesen