## UNITED STATES COURT OF INTERNATIONAL TRADE

KEMPER AIP METALS, LLC, and
WAELZHOLZ BRASMETAL
LAMINAÇÃO LTDA,

    *Plaintiffs,*

v.

UNITED STATES,

    *Defendant.*

Ct. No. 26-00764-MMB

### ORDER

1.    The court rejects Plaintiffs' response to the intervention motions (ECF 33) because it is non-compliant with the type-size requirements of Federal Rule of Appellate Procedure 32(a)(5)(A). *See* ECF 9. Plaintiffs shall file a corrected version within two business days.

2.    The response is also set in a typeface that is almost identical to Garamond,[1] which the undersigned prohibits because it produces a smaller glyph that is unnecessarily difficult to read. *Cf.* D.C. Cir. Handbook of Practice and Internal Procedures at 40 (as amended through Dec. 4, 2025) (discouraging the use of Garamond). The court requests that counsel choose a Century-family typeface for the re-filed motion and for all future filings. *Cf.* S. Ct. R. 33.1(b).

3.    The court vacates its earlier order directing the proposed intervenors to file replies no later than 14 days. *See* ECF 30. Because the relevant

---

[1] This line of text is set in 12-point type. (Baskerville Old Face)
   This line of text is set in 12-point type. (Garamond)

2

issues are common to all the putative intervenors, they shall file a single com-

bined reply no later than May 1, 2026.

Dated:      April 13, 2026                              /s/ *M. Miller Baker*
                New York, New York                     M. Miller Baker, Judge