**UNITED STATES COURT OF INTERNATIONAL TRADE**

| |
|---|
| KEMPER AIP METALS, LLC, et al., |
| Plaintiffs, |
| v. |
| UNITED STATES, |
| Defendant. |

**Court No. 26-00764**

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable M. Miller Baker, is hereby reassigned to the Honorable Timothy M. Reif.

Dated at New York, New York, this 20th day of April 2026.

_____/s/ Mark A. Barnett_____
Chief Judge